

AUG 1 6 2022

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD VANDENBURGH,

    Defendant.

Case No. 22-30046

21 U.S.C. §§ 841(a)(1)
(b)(1)(A), (b)(1)(C), (b)(1)(D)
and 846
18 U.S.C. § 1956

## INDICTMENT

**The Grand Jury charges:**

1. Beginning on an unknown date but not later than January 2020, and continuing through January 21, 2021, in Adams County, in the Central District of Illinois, and elsewhere, RICHARD MILLER (MILLER) and HARLEY NELSON (NELSON) conspired in the ongoing distribution of controlled substances utilizing social media platforms, money transfer services apps, the United States Postal Service and other means, both known and unknown.

2. As part of the conspiracy MILLER and NELSON engaged in money laundering by directing monetary transactions knowing

1

that the money involved in these transactions was the proceeds of the distribution of controlled substances.

3. The defendants named in this Indictment conspired with MILLER, NELSON and others, known and unknown to the Grand Jury, to distribute controlled substances as charged herein.

4. MILLER and NELSON are charged with distributing controlled substances and money laundering in a separate case filed in the Central District of Illinois.

## COUNT ONE
### (Conspiracy to Distribute Controlled Substances)

Beginning on an unknown date but not later than January 2020, and continuing through at least January 21, 2021, in Adams County, in the Central District of Illinois, and elsewhere, the defendant herein,

RONALD VANDENBURGH,

knowingly and intentionally combined, conspired, confederated, and agreed with other persons known and unknown to the Grand Jury, to distribute 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a substance containing hydrocodone, a Schedule II

controlled substance, and a substance containing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(C), (b)(1)(D) and 846.

## COUNT TWO
### (Money Laundering)

Beginning on an unknown date but not later than January 2020, and continuing through at least January 21, 2021, in Adams County, in the Central District of Illinois, and elsewhere, the defendant herein,

RONALD VANDENBURGH,

knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to conduct and attempt to conduct financial transactions which in fact involved the proceeds of the unlawful distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), to wit, the transfer of United States Currency, with intent to promote the carrying on of said unlawful activity and knowing

3

that the transaction is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), (a)(1)(B)(i) and (h).

A TRUE BILL,

s/ Foreperson
_____
FOREPERSON

s/ Matthew Z. Weir
_____
GREGORY K. HARRIS
UNITED STATES ATTORNEY
MZW

4