UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-30046 |
| | ) |
| RONALD VANDENBURGH, | ) |
| Defendant. | ) |
| | ) |

NOTICE OF FILING/PROOF OF SERVICE

TO: Shig Yasunaga, Clerk of Court; UNITED STATES DISTRICT COURT
151 U.S. COURTHOUSE, 600 E MONROE ST, SPRINGFIELD, IL 62701

Please use and take this instrument as due notice that, on

July 7, 2025, I served the above cited parties copies of the enclosed documents

by placing said documents in the U.S. mail system at the Jerome Combs

Detention Center, Kankakee, IL 60901, And certify under the penalty of perjury

under the laws of the United States that the foregoing is true and correct.

Ronald VanDenburgh
2025-07-07

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
) Case No. 22-30046
v. )
)
RONALD VANDENBURGH )
)
Defendant. )
)

## NOTICE: REQUEST FOR REMEDY

This communication hereby issued to the United States District Court for the Central District of Illinois, Springfield Division and its officers (the "Court"), constitutes due notice that the following is hereby respectfully requested of this Court:

Pursuant to the parties' out-of-court settlement as outlined in the unrebutted "Affidavit of Out-of-Court Settlement" filed at document no. 66, the facts as stated in the unrebutted "Affidavit of Identity, Relationship and Status/Standing" filed at document no. 61, and defendants Security for Costs at document no. 59, this Court is requested to discharge all outstanding charges in re: case no. 22-30046 and dismiss this case within three (3) business days from the date of this filing.

1

Alternatively, within three (3) business days from the date of this filing, the Court may produce an assessment for the charges consisting of foundational commercial paperwork revealing the origin, nature, particulars, and legitimacy of the assessment, which, to be genuine, must be executed by the responsible party sworn true, correct, and complete in affidavit form verifying all allegations made and the exactitude of the sum-certain amount of the assessment.

Please note that a genuine assessment includes: a valid contract, bearing the authorized signatures of all included parties; proof of breach of contract by the one who is held liable as the debtor; an accounting of the sum-certain amount owed based on a true bill of particulars itemizing dollar amounts owed for what specific things (such as goods and services received and not paid for, or specific performance promised and not performed); proof of the authority for those trying to collect from the debtor to operate as third-party debt collectors; and a statement of commercial liability staked by every alleging party (anyone who makes any bookkeeping entry or acts in the matter) to back his/her claims and indemnify those harmed in case he/she is in error.

The foundational commercial paperwork consists of:

(1) A ledger of accounting, consisting of an itemized list of goods and

2

services provided by whom to whom, with corresponding monetary values indicated for each entry backed by the contracts and records that substantiate the validity of each ledger entry; and

(2) A record of accountability identifying the party who takes commercial liability and responsibility for the accuracy, relevance, and verifiability of each book keeping entry.

Please be advised that failure to provide the assessment or dismiss as required signifies this Court's stipulation that it is continuing to entertain prosecution of non-existent charges, which, inter alia, constitutes a direct and continuing injury to RONALD VANDENBURGH's person and property, to which the Court agrees to be held liable to compensate for damages in the principal amount of eight million nine hundred thousand dollars ($8,900,000.00) plus an additional one hundred thousand dollars ($100,000.00) per day beginning on July 18, 2025 until this case is dismissed.

In any event of default, the Court authorizes collection against it's risk management department, alongside the liquidation of it's official bonds and equity to settle any accrued balances in full upon the exercise of it's creditor's call-option.

To further secure performance upon this obligation the Court grants to RONALD VANDENBURGH a security interest in all it's real and personal

3

property at 600 East Monroe Street in Springfield, Illinois, and authorizes the public filing of a UCC Financing Statement indicating such real and personal property pledged as collateral to be foreclosed upon at anytime RONALD VANDENBURGH's interests are, in good-faith, deemed insecure.

Thank you in advance for your cooperation.

Respectfully,

NOTARY PUBLIC'S ACKNOWLEDGEMENT

State of Illinois

County of Kankakee

Signed and sworn before me this 7th day of July, 2025 by Ronald Jeffery VanDenburgh, who personally appeared and has proven to me through satisfactory evidence to be the person whose name is subscribed here with.

(Seal)

_Lana V. Coffel_
Signature of Notary Public

_Lana K. Coffel_
Notary Public, Printed

My commission Expires: 5-8-2027

OFFICIAL SEAL
LANA K COFFEL
KANKAKEE COUNTY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires May 08, 2027

4

CERTIFICATE OF SERVICE

On July 7, 2025, I served a copy of the attached

NOTICE; REQUEST FOR REMEDY

to Assistant U.S. Attorney MATTHEW Z. WEIR at 318 S Sixth Street,

Springfield, IL 62701 by placing said document in an envelope, properly

addressed, and postage prepaid, and depositing said envelope in the U.S.

mail system at the Jerome Combs Detention Center, Kankakee, IL 60901.

I hereby verify and certify under the penalty of perjury under

the laws of the United States that the foregoing is true, correct, and

complete.

Ronald VanDenburgh
2025-07-07